

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2016

No. 04-16-00675-CV

Tom **RETZLAFF**,
Appellant

v.

Philip R. **KLEIN**, Klein Investigations & Consulting and James W. Landess,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17145
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellant has filed a notice of appeal, stating he is appealing the trial court's order striking his motion to dismiss filed pursuant to section 27.003 of the Texas Civil Practice and Remedies Code. *See Lucchese, Inc. v. Solano*, 388 S.W.3d 343, 349 (Tex. App.—El Paso 2012, no pet.) (holding order striking amended motion "is the functional equivalent of denying the motion"). Appellant also has filed an emergency motion to stay the trial court's proceedings, asserting he is entitled to a stay of all proceedings in the trial court pending resolution of the appeal; however, the trial court has imposed various discovery and mediation deadlines and has set a hearing for October 24, 2016 and a trial date for November 7, 2016. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(b) (providing interlocutory appeal of order denying a motion to dismiss filed pursuant to section 27.003 stays all proceedings in the trial court pending resolution of the appeal). It is ORDERED that appellees file a response to the emergency motion no later than ten days from the date of this order. It is FURTHER ORDERED that all proceedings in the trial court are TEMPORARILY STAYED pending this court's final ruling on the emergency motion.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court